STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

19-421

STATE OF LOUISIANA

VERSUS

ERVIN LEANARD WALKER

************
APPEAL FROM
TENTH JUDICIAL DISTRICT COURT,
PARISH OF NATCHITOCHES, NO. C25217
HONORABLE LALA BRITTAIN SYLVESTER, DISTRICT JUDGE

************
SYLVIA R. COOKS
JUDGE
************

Court composed of Sylvia R. Cooks, Billy H. Ezell and Jonathan W. Perry, Judges.

REVERSED; REMANDED FOR A NEW TRIAL.

Chad M. Ikerd
Louisiana Appellate Project
P.O. Box 2125
Lafayette, LA 70502
(225) 806-2936
Attorney for Defendant/Appellant:
 Ervin Leanard Walker

Amanda McCLung
Assistant District Attorney
Tenth Judicial District
P.O. Box Number 838
Natchitoches, LA  71457
(318) 357-2214
Attorney for Appellee:
 State of Louisiana

**COOKS, Judge.**

Defendant filed a Motion for a Unanimous Jury on August 3, 2018, on the basis that La.Code Crim.P. art. 782(A) and La.Const. art. 1, § 17 were unconstitutional and violated the Equal Protection Clause of the Fourteenth Amendment. That motion was denied on August 7, 2018. Defendant was subsequently tried by a jury of twelve, ten of whom concurred in the verdict.

The United States Supreme Court recently held non-unanimous jury verdicts unconstitutional. *Ramos v. Louisiana*, 590 U.S. ___, ___ S.Ct. ___ (2020). (Slip Op.). The Supreme Court unambiguously determined that non-unanimous verdicts are not permissible under the Sixth Amendment to the United States Constitution and the prohibition applies to the states through the Fourteenth Amendment. (Slip Op. at p. 26; *see also* concurrences by Sotomayor, Kavanaugh, and Thomas, JJ.).[1]

Further, the opinion recognizes, that its ruling applies to cases pending on direct review. (Slip Op. at 22-23.) Justice Kavanaugh's concurrence states this explicitly. (Slip Op. at 15-17.) Such review is in keeping with this state's jurisprudence. *See*, *State v. Ruiz*, 06-1755 (La. 4/11/07), 955 So.2d 81. We therefore find the *Ramos* ruling is applicable and it requires Defendant's conviction by a non-unanimous jury verdict be reversed. Accordingly, the case must be remanded for a new trial.

**REVERSED; REMANDED FOR A NEW TRIAL**.

---

[1]Each concurrence has it own sequence of page numbers.